1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,         )      Case № 2:13-cr-0412 TLN  EFB
                                       )
9              Plaintiff,              )           **O R D E R**
                                       )      **APPOINTING COUNSEL**
10        vs.                          )
                                       )
11   GABRIEL VARGAS-GUERRERO,          )
                                       )
12             Defendant,              )
                                       )
13   _____)

14       The defendant has, under oath, sworn or affirmed as to his financial inability to employ

15   counsel.

16       OFFENSE:  21 USC § 846 (a)(1)

17       CJA Panel attorney Dustin D. Johnson is hereby appointed effective January 16, 2014,

18   the date the Office of the Federal Defender first contacted him.

19       **APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT***

20   **SUPPORTING APPOINTMENT.**

21   DATED:  1/17/2014

22

23                                      _____
                                        HON. EDMUND F. BRENNAN
24                                      United States Magistrate Judge

25

26

27

28

ORDER APPOINTING COUNSEL